Dismissed and Memorandum Opinion filed November 5, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00529-CV

____________

 

INTERNACIONAL REALTY, INC., USA BELLMEADE, LLC, USA
BELLMEADE LEASECO, LLC, INTERNATIONAL REALTY MANAGEMENT, LTD. and HUGH L.
CARAWAY, JR., Appellants

 

V.

 

BELLMEADE I, LP, BELLMEADE II, LP, CHARLES SCHLANGEN,
MARBICHAR, a California Limited Partnership, and PLAZA ESCUELA HOLDING COMPANY,
LLC, Appellees

 



 

On Appeal from the
133rd District Court 

Harris County,
Texas

Trial Court Cause
No. 2007-11164

 



 

M E M O R
A N D U M   O P I N I O N

This is
an interlocutory appeal from an order vacating an arbitration award signed May
20, 2009. On October 29, 2009, appellants filed a motion to dismiss the appeal
because the case has settled. See Tex. R. App. P. 42.1. The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Seymore and Sullivan.